**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| GREGORY DAVIS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:17-CV-2752-RWS |
| MS. PAULA NASH, et al., | : |
| | : |
| Defendants. | : |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Russell G. Vineyard [Doc. No. 5]. No objections have been filed thereto. In accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Report for plain error and has found none. The Report and Recommendation [Doc. No. 5] is hereby approved and adopted as the opinion and order of this Court. As such, Plaintiff's Complaint is DISMISSED without prejudice for failure to obey the Court's order and for failure to state a claim. Plaintiff's Motion for Court Ordered Mediation or Motion to Change Venue [Doc. No. 4] is DENIED as moot. The Clerk is DIRECTED to close this action.

**SO ORDERED** this 27th day of September, 2017.

**RICHARD W. STORY**
United States District Judge